Kari A. Rudd (SBN 268288)
Juliana Fredman (SBN 282924)
BAY AREA LEGAL AID
1800 Market Street, 3rd Fl.
San Francisco, CA 94018
Tel:     415-982-1300
Fax:    415-982-4243
KRudd@baylegal.org
JFredman@baylegal.org

Craig Davis (SBN 268194)
LAW OFFICES OF CRAIG DAVIS
912 Cole Street, Suite 102
San Francisco, CA 94117-4316
Tel.:    415.857.5820
Fax:    415.795.4595
cdavis@craigdavislaw.com

Attorneys for Plaintiff
Chauncey George

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chauncey George,<br><br>       Plaintiff,<br><br>   v.<br><br>On-Site,<br>RealPage, Inc.,<br>and DOES 1-10,<br><br>       Defendants. | Case No. 3:18-cv-06961<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 30, 2018                    */s/ Craig Davis*
                                            _____
                                            Craig Davis
                                            LAW OFFICES OF CRAIG DAVIS
                                            Attorney for Plaintiff Chauncey George