Craig Davis (SBN 268194)
LAW OFFICES OF CRAIG DAVIS
912 Cole Street, Suite 102
San Francisco, CA 94117-4316
Tel.:    415.857.5820
Fax:    415.795.4595
cdavis@craigdavislaw.com

Attorneys for Plaintiff
Chauncey George

Mary Catherine Kamka (SBN 282911)
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, CA 94104
(415) 477-5751
Fax: (415) 477-5710
Email: marykate.kamka@troutman.com

Attorneys for Defendants
RealPage, Inc. and RP On-Site LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chauncey George,<br><br>        Plaintiff,<br><br>  v.<br><br>RP On-Site, LLC,<br>RealPage, Inc.,<br>and DOES 1-10,<br><br>        Defendants. | Case No. 3:18-cv-06961-RS<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION AND ORDER VACATING ALL DEADLINES** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD: The Parties have agreed to settle this matter, subject to conditions that still need to be completed. Pursuant to Civil L.R. 6-2, Plaintiff Chauncey George and Defendants RP On-Site, LLC and RealPage, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have agreed to settle this matter in accordance with the terms and conditions set forth in a written settlement agreement;

WHEREAS, the Parties expect all conditions of the settlement agreement to be completed within 60 days, upon which the Parties will file a joint stipulation of dismissal;

WHEREAS, the Court has scheduled a Further Case Management Conference set for 12/19/2019 at 10:00 AM, with Case Management Statements due by 12/12/2019 (ECF 44);

WHEREAS, the Parties believe that the CMC is unnecessary in light of their conditional settlement, and, in the unlikely event that the settlement conditions are not completed within 60 days, Plaintiff will request a further case management conference;

THEREFORE, subject to the Court's approval, the parties hereby stipulate to an order by the Court that vacates all deadlines in this matter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 26, 2019      LAW OFFICES OF CRAIG DAVIS

/s/ Craig Davis
Craig Davis
Attorney for Plaintiff Chauncey George

Dated: November 26, 2019      TROUTMAN SANDERS LLP

/s/ Mary Kate Kamka
Ronald I. Raether
Jessica R. Lohr
Mary Kate Kamka
Attorneys for Defendants, RealPage, Inc. and RP On-Site LLC

FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 27, 2019
LAW OFFICES OF CRAIG DAVIS

/s/ Craig Davis
Craig Davis
Attorney for Plaintiff Chauncey George

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 27, 2019

United States District Judge